427 A.2d 1187

Gumba et al., Appellants v. Tancredi.

Argued September 11, 1979. D. Laurence Rubini, for appellants; Joseph W. McGuire, for appellee.

* President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

* Judge Donald E. Wieand is sitting by special designation.

Before PRICE, WIEAND and VAN der VOORT, JJ.*
Affirmed.

PRICE, J., filed a memorandum concurring statement.